752

■ WILLIAM S. WEBER, Appellant, v. OTIS ELEVATOR COMPANY, Respondent.— Judgment unanimously affirmed, with costs to defendant-respondent on the ground of plaintiff's failure to establish actionable negligence. Concur — Botein, P. J., Rabin, M. M. Frank, McNally and Stevens, JJ.

■ In the Matter of IRVING STOOPACK against GEORGE A. FULLER COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BROWN.— Motion for leave to prosecute as a poor person denied. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ 222-40 REALTY CORP. (Substituted Landlord for SAMUEL LEMKIN) v. ALICE ASTOR.— Motion for extension of time denied in all respects, with $10 costs. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ 222-40 REALTY CORP. (Substituted Landlord for SAMUEL LEMKIN) v. ALICE ASTOR.— Motion to dismiss appeal granted, with 10 costs, and the stay contained in the order of this court entered September 24, 1959 is vacated. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MAXINE BRANT v. HENRY BRANT.— Motion to dismiss appeal from order of May 5, 1959 granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MAXINE BRANT v. HENRY BRANT.—Motion to dismiss appeal from order of May 14, 1959 granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 24, 1959, with notice of argument for January 5, 1960, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MAXINE BRANT v. HENRY BRANT.— Motion granted insofar as to dispense with the printing of the records on appeal and to permit both appeals to be heard upon a typewritten record, containing the necessary papers on both appeals, without duplication of typing, but upon printed appellant's points, on condition that appellant serves one copy of the typewritten record upon the attorney for the respondent and files six copies thereof with this court. The exhibits considered at Special Term need not be typed out at length but the record shall contain a brief description of each exhibit and the original exhibits shall be filed with this court at the time of filing the typewritten record on appeal. The typewritten record and the printed appellant's points shall be served and filed on or before December 24, 1959 with notice of argument for January 5, 1960, said appeals to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ ALTAGRACIA GUELLS v. GEORGE WEISS.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before December 8, 1959, with notice of argument for the January 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW CARNEY.— Motion for leave to reargue denied. Concur — Rabin, J. P., M. M. Frank. Valente and McNally, JJ.